THE PEOPLE OF THE STATE OF NEW YORK ex rel. ROSE DiLEGGI, Appellant, v. CURINO MASTRIANI, Respondent.— Motion by the relator-appellant for order

directing a rehearing in Children's Court, Schenectady County, denied. Cross-motion by the respondent to dismiss the proceeding, granted. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.